5/10/2018 3:35 PM
18CV19147

CERTIFIED A TRUE COPY

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| MID-VALLEY ORAL, MAXILLOFACIAL & IMPLANT SURGERY, P.C., an Oregon Domestic Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LTD, aka SENTINEL INSURANCE COMPANY, LIMITED, a foreign corporation; THE HARTFORD FINANCIAL SERVICES GROUP, INC., a foreign corporation, aka THE HARTFORD; and HARTFORD FIRE INSURANCE COMPANY, a foreign corporation;<br><br>Defendants. | Case No. 18CV19147<br><br>COMPLAINT – Breach of Contract<br><br>Prayer Amount in Complaint: $892,000 |

1.

Plaintiff Mid-Valley Oral, Maxillofacial & Implant Surgery, P.C., (hereinafter "Mid-Valley") is an Oregon Domestic Professional Corporation. Mid-Valley's principal place of business is 1565 Liberty Street S.E., Salem, Marion County, Oregon 97302.

2.

Defendants Sentinel Insurance Company, The Hartford Financial Services Group, Inc., and Hartford Fire Insurance Company are foreign companies authorized to transact business in the State of Oregon and whose principal places of business are in Connecticut.

PAGE 1 - COMPLAINT

Exhibit 2

3.

At all relevant times, Mid-Valley owned a "Business Insurance Policy" issued by Defendants, Policy Number 40 SBA VT5567 DW (see Declarations Page attached hereto as Exhibit A). Mid-Valley's principal place of business was listed as the "scheduled premises" under the insurance policy. The described business insurance policy had been paid for by Plaintiffs and was in full force on May 14, 2016.

4.

The policy provides coverage for lost "business income" in the event of a "direct physical loss of or physical damage to property at the 'scheduled premises.'" "Business income" means the net income "that would have been earned or incurred if no direct physical loss or physical damage had occurred."

5.

On May 14, 2016, a fire destroyed the Mid-Valley principal place of business. The fire caused a necessary suspension of operations, thus triggering the loss of business income provision of the policy.

6.

Defendants have breached the insurance policy/agreement by failing to pay the "actual" loss of business income sustained by Mid-Valley. Defendants' payments to Mid-Valley under the loss of business income provision of the policy are deficient in the amount of $892,000.

7.

Mid-Valley has satisfied all requirements of the insurance policy/agreement. Mid-Valley has satisfied all prerequisites and conditions precedent to filing suit.

8.

Plaintiff has demanded that the Defendants consider Plaintiff's claim, but Defendants have declined to do so. Plaintiff is entitled to its attorney fees pursuant to ORS 742.061.

PAGE 2 - COMPLAINT

9.

WHEREFORE, Plaintiff Mid-Valley Oral, Maxillofacial & Implant Surgery, P.C., prays for the following relief:

a) Damages for breach of contract in the amount of $892,000;

b) Attorney fees pursuant to ORS 742.061;

c) Costs and disbursements provided by law; and

d) All other relief the court deems reasonable and appropriate.

PARKS, BAUER, SIME, WINKLER & FERNETY

By: _____
ROBERT L. WINKLER, OSB #873701
Of Attorneys for Plaintiff
bwinkler@pbswlaw.com

PAGE 3 - COMPLAINT

Exhibit 2

67
55
VT
SBA

This Spectrum Policy consists of the Declarations, Coverage Forms, Common Policy Conditions and any other Forms and Endorsements issued to be a part of the Policy. This insurance is provided by the stock insurance company of The Hartford Insurance Group shown below.

**INSURER:** SENTINEL INSURANCE COMPANY, LIMITED
ONE HARTFORD PLAZA, HARTFORD, CT 06155
**COMPANY CODE:** A

**Policy Number:** 40 SBA VT5567 DW

### SPECTRUM POLICY DECLARATIONS    ORIGINAL

**The HARTFORD**

**Named Insured and Mailing Address:** MID-VALLEY ORAL
(No., Street, Town, State, Zip Code)     SEE FORM SS 12 35
1565 LIBERTY ST SE
SALEM    OR  97302

**Policy Period:**    From   07/18/15    To    07/18/16    1   YEAR
12:01 a.m., Standard time at your mailing address shown above. Exception: 12 noon in New Hampshire.

**Name of Agent/Broker:** TRELOAR & HEISEL INC/PHS
**Code:** 522936

**Previous Policy Number:** 40 SBA VT5567

**Named Insured is:** S-CORP

**Audit Period:** NON-AUDITABLE

**Type of Property Coverage:** SPECIAL

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

**TOTAL ANNUAL PREMIUM IS:**    $2,448

Countersigned by   *Susan L. Castaneda*    05/19/15
Authorized Representative    Date

PLAINTIFF'S EXHIBIT A

Form SS 00 02 12 06    Page 001 (CONTINUED ON NEXT PAGE)
Process Date: 05/19/15    Policy Expiration Date: 07/18/16
INSURED COPY

EXHIBIT A – Page 1 of 8

Exhibit 2

# SPECTRUM POLICY DECLARATIONS (Continued)
POLICY NUMBER: 40 SBA VT5567

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

Location: 001    Building: 001

1565 LIBERTY STREET
SALEM                OR 97302

**Description of Business:**
Medical Office - Dentist

**Deductible:** $   500 PER OCCURRENCE

**BUILDING AND BUSINESS PERSONAL PROPERTY    LIMITS OF INSURANCE**

  BUILDING

   REPLACEMENT COST                    $   524,000

  BUSINESS PERSONAL PROPERTY

   REPLACEMENT COST                    $   498,500

  PERSONAL PROPERTY OF OTHERS

   REPLACEMENT COST                    NO COVERAGE

MONEY AND SECURITIES

 INSIDE THE PREMISES                   $   10,000
 OUTSIDE THE PREMISES                  $    5,000

LOSS PAYEE: 'A' APPLIES
MORTGAGE HOLDER: 'A' APPLIES

Form SS 00 02 12 06                    Page 002 (CONTINUED ON NEXT PAGE)
Process Date: 05/19/15                 Policy Expiration Date: 07/18/16

EXHIBIT A – Page 2 of 8

Exhibit 2

## SPECTRUM POLICY DECLARATIONS (Continued)
POLICY NUMBER: 40 SBA VT5567

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

Location: 001        Building: 001

| PROPERTY OPTIONAL COVERAGES APPLICABLE TO THIS LOCATION | LIMITS OF INSURANCE |
|---|---|
| SUPER EXTENSION OF COVERAGE FOR MEDICAL & DENTAL OFFICES FORM SS 40 74 THIS FORM INCLUDES MANY ADDITIONAL COVERAGES AND EXTENSIONS OF COVERAGES. A SUMMARY OF THE COVERAGE LIMITS IS ATTACHED. | |
| LIMITED FUNGI, BACTERIA OR VIRUS COVERAGE: FORM SS 40 93 THIS IS THE MAXIMUM AMOUNT OF INSURANCE FOR THIS COVERAGE, SUBJECT TO ALL PROPERTY LIMITS FOUND ELSEWHERE ON THIS DECLARATION. | $ 50,000 |
| INCLUDING BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FOR: | 30 DAYS |

Form SS 00 02 12 06
Process Date: 05/19/15

Page 003 (CONTINUED ON NEXT PAGE)
Policy Expiration Date: 07/18/16

EXHIBIT A – Page 3 of 8

Exhibit 2

...

## SPECTRUM POLICY DECLARATIONS (Continued)
POLICY NUMBER: 40 SBA VT5567

| PROPERTY OPTIONAL COVERAGES APPLICABLE TO ALL LOCATIONS | LIMITS OF INSURANCE |
|---|---|
| BUSINESS INCOME AND EXTRA EXPENSE COVERAGE<br>COVERAGE INCLUDES THE FOLLOWING COVERAGE EXTENSIONS: | 12 MONTHS ACTUAL LOSS SUSTAINED |
| ACTION OF CIVIL AUTHORITY: | 30 DAYS |
| EXTENDED BUSINESS INCOME: | 30 CONSECUTIVE DAYS |
| EQUIPMENT BREAKDOWN COVERAGE<br>COVERAGE FOR DIRECT PHYSICAL LOSS DUE TO:<br>MECHANICAL BREAKDOWN,<br>ARTIFICIALLY GENERATED CURRENT AND STEAM EXPLOSION | |
| THIS ADDITIONAL COVERAGE INCLUDES THE FOLLOWING EXTENSIONS | |
| HAZARDOUS SUBSTANCES | $ 50,000 |
| EXPEDITING EXPENSES | $ 50,000 |
| MECHANICAL BREAKDOWN COVERAGE ONLY APPLIES WHEN BUILDING OR BUSINESS PERSONAL PROPERTY IS SELECTED ON THE POLICY | |
| IDENTITY RECOVERY COVERAGE<br>FORM SS 41 12 | $ 15,000 |
| BUSINESS INCOME FOR INTERRUPTION OF PRACTICE<br>DAILY LIMIT<br>FORM: SS 40 76 | $5,000 |

Form SS 00 02 12 06
Process Date: 05/19/15

Page 004 (CONTINUED ON NEXT PAGE)
Policy Expiration Date: 07/18/16

EXHIBIT A – Page 4 of 8

Exhibit 2

**SPECTRUM POLICY DECLARATIONS (Continued)**
POLICY NUMBER: 40 SBA VT5567

| BUSINESS LIABILITY | LIMITS OF INSURANCE |
|---|---|
| LIABILITY AND MEDICAL EXPENSES | $2,000,000 |
| MEDICAL EXPENSES - ANY ONE PERSON | $    10,000 |
| PERSONAL AND ADVERTISING INJURY | $2,000,000 |
| DAMAGES TO PREMISES RENTED TO YOU ANY ONE PREMISES | $1,000,000 |
| AGGREGATE LIMITS PRODUCTS-COMPLETED OPERATIONS | $4,000,000 |
| GENERAL AGGREGATE | $4,000,000 |
| EMPLOYMENT PRACTICES LIABILITY COVERAGE: FORM SS 09 01 | |
| EACH CLAIM LIMIT | $    10,000 |
| DEDUCTIBLE - EACH CLAIM LIMIT NOT APPLICABLE | |
| AGGREGATE LIMIT | $    10,000 |

RETROACTIVE DATE: 07182009

This Employment Practices Liability Coverage contains claims made coverage. Except as may be otherwise provided herein, specified coverages of this insurance are limited generally to liability for injuries for which claims are first made against the insured while the insurance is in force. Please read and review the insurance carefully and discuss the coverage with your Hartford Agent or Broker.

The Limits of Insurance stated in this Declarations will be reduced, and may be completely exhausted, by the payment of "defense expense" and, in such event, The Company will not be obligated to pay any further "defense expense" or sums which the insured is or may become legally obligated to pay as "damages".

BUSINESS LIABILITY OPTIONAL
COVERAGES

| | |
|---|---|
| HIRED/NON-OWNED AUTO LIABILITY | $2,000,000 |
| REIMBURSEMENT OF LEGAL EXPENSES COVERAGE FOR DISPOSAL OF MEDICAL WASTE FORM: SS 40 77 | $50,000 PER SUIT $50,000 ANNUAL AGGREGATE |

Form SS 00 02 12 06
Process Date: 05/19/15

Page 005 (CONTINUED ON NEXT PAGE)
Policy Expiration Date: 07/18/16

EXHIBIT A – Page 5 of 8

Exhibit 2

**SPECTRUM POLICY DECLARATIONS (Continued)**
POLICY NUMBER: 40 SBA VT5567

| BUSINESS LIABILITY OPTIONAL COVERAGES (Continued) | LIMITS OF INSURANCE |
|---|---|
| REIMBURSEMENT OF LEGAL EXPENSES COVERAGE FOR COURT OR REVIEW BOARDS<br>FORM: SS 40 75 | $5,000 |
| CYBERFLEX COVERAGE<br>FORM SS 40 26 | |

Form SS 00 02 12 06
Process Date: 05/19/15

Page 006 (CONTINUED ON NEXT PAGE)
Policy Expiration Date: 07/18/16

EXHIBIT A -- Page 6 of 8

Exhibit 2

**SPECTRUM POLICY DECLARATIONS (Continued)**
POLICY NUMBER: 40 SBA VT5567

ADDITIONAL INSUREDS: THE FOLLOWING ARE ADDITIONAL INSUREDS FOR BUSINESS LIABILITY COVERAGE IN THIS POLICY.

```
LOCATION  001 BUILDING  001
   TYPE   MANAGER LESSOR
   NAME   SEE FORM IH 12 00
   TYPE   PERSON ORGANIZATION
   NAME   SEE FORM IH 12 00
```

Form SS 00 02 12 06
Process Date: 05/19/15

Page 007 (CONTINUED ON NEXT PAGE)
Policy Expiration Date: 07/18/16

EXHIBIT A – Page 7 of 8

Exhibit 2

Case 6:18-cv-01068-JR   Document 1-2   Filed 06/19/18   Page 11 of 11

## SPECTRUM POLICY DECLARATIONS (Continued)
POLICY NUMBER: 40 SBA VT5567

| | |
|---|---|
| **MORTGAGE HOLDER 'A':** | PACIFIC CONTINENTAL BANK<br>SWIDERSKI HOLDINGS LLC<br>PO BOX 10727<br>EUGENE, OR. 97440 |
| **LOSS PAYEE 'A':** | PACIFIC CONTINENTAL BANK<br>SWIDERSKI HOLDINGS LLC<br>PO BOX 10727<br>EUGENE, OR. 97440 |
| **PROPERTY:** | BUSINESS PERSONAL PROPERTY |

**Form Numbers of Forms and Endorsements that apply:**

```
SS 00 01 03 14      SS 00 05 10 08      SS 00 07 07 05      SS 00 08 04 05
SS 12 35 03 12      SS 01 44 10 08      SS 01 56 03 92      SS 04 19 04 09
SS 04 22 07 05      SS 04 30 07 05      SS 04 38 09 09      SS 04 39 07 05
SS 04 41 04 09      SS 04 42 09 07      SS 04 44 07 05      SS 04 45 07 05
SS 04 46 09 14      SS 04 47 04 09      SS 04 78 07 05      SS 04 80 03 00
SS 04 86 03 00      SS 40 18 07 05      SS 40 26 06 11      SS 40 74 09 07
SS 40 75 07 09      SS 40 76 07 05      SS 40 77 09 01      SS 40 93 07 05
SS 41 12 12 07      SS 41 51 10 09      SS 41 62 06 11      SS 41 63 06 11
IH 10 01 09 86      SS 05 47 09 01      SS 50 57 04 05      SS 09 01 12 14
SS 09 67 09 14      SS 09 70 12 14      SS 09 71 12 14      SS 12 12 03 92
SS 50 19 01 15      IH 99 40 04 09      IH 99 41 04 09      SS 38 25 12 07
SS 83 76 01 15      SS 84 54 09 07
    IH 12 00 11 85 ADDITIONAL INSURED - MANAGER/LESSOR
    IH 12 00 11 85 ADDITIONAL INSURED - PERSON-ORGANIZATION
```